# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ABEL ASCENCION CONTRERAS,

         Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:25-cv-01182-EPG

ORDER RE: STIPULATION FOR
VOLUNTARY REMAND PURSUANT TO
SENTENCE FOUR OF 42 U.S.C. § 405(g)

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing; develop the record as necessary; and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

///

1

Respectfully submitted,

DATE: April 3, 2026

/s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff
(* approved via email on 4/3/26)

ERIC GRANT
United States Attorney

DATE: April 3, 2026          By   s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

2

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated:   **April 6, 2026**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE